THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Henry Culp, Appellant.
 
 
 

Appeal from Chester County
Paul E. Short, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-174
Submitted April 2, 2007  Filed April 17, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM: James Henry Culp was tried and convicted of armed robbery.  The trial court sentenced him to twenty-three years imprisonment.  On appeal, Culp argues the trial court erred by failing to charge the lesser-included offense of strong armed robbery.  After a thorough review of the record, counsels brief, and Culps pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Culps appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.